Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Salvador Antonio Fernandez–Montano raises an argument that he concedes is foreclosed by *United States v. Morales–Mota*, 704 F.3d 410, 412 (5th Cir.), *cert. denied*, —— U.S. ——, 133 S.Ct. 2374, 185 L.Ed.2d 1091 (2013). In *Morales–Mota*, 704 F.3d at 412, this court, relying upon its holding in *United States v. Joslin*, 487 Fed.Appx. 139, 141–43 (5th Cir.2012) (unpublished), *cert. denied*, —— U.S. ——, 133 S.Ct. 1847, 185 L.Ed.2d 851 (2013), rejected the argument that the Texas offense of "burglary of a habitation" is outside the generic, contemporary definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because it defines the "owner" of a habitation as a person with a "greater right to possession." Accordingly, Fernandez–Montano's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America,
Plaintiff–Appellee

v.

Eduardo CAMARILLO–VALDEZ,
Defendant–Appellant.

No. 13–40775
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Yolanda Evette Jarmon, Esq., Law Office of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eduardo Camarillo–Valdez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Camarillo–Valdez

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.